**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **CARBYNE BIOMETRICS, LLC,**<br><br>      **Plaintiff,**<br><br>vs.<br><br>**APPLE INC.,**<br><br>      **Defendant.** | Civil Action No.  1:23-cv-00324<br><br>JURY TRIAL |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF CARBYNE BIOMETRICS, LLC'S CLAIMS WITH RESPECT TO INFRINGEMENT OF U.S. PATENT NO. 10,929,512 AND INDUCED INFRINGEMENT OF THIRD PARTY PASSWORD MANAGERS**

Plaintiff, Carbyne Biometrics, LLC ("Carbyne") and Defendant Apple Inc. (Apple) hereby stipulate and agree as follows:

1. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Carbyne hereby dismisses with prejudice Count 1: Infringement of U.S. Patent No. 10,929,512 ("the '512 Patent"). *See* ECF No. 1 at 38.

    a. The parties stipulate and agree that the foregoing dismissal bars Carbyne from bringing suit on any claim of the '512 Patent against Apple or any of Apple's customers, suppliers, or partners based on products that are the same or essentially the same (with respect to the parties' claims or defenses and/or the operation of any currently-existing Apple products) as those products that Apple markets today.

    b. Such dismissal does not, for the avoidance of doubt, bar Carbyne or the patent-owner of the '512 Patent from bringing suit against Apple on any claim of the

    '512 Patent based on future products or software modifications released after today that, with respect to the Parties' claims or defenses, are not essentially the same as the accused functionalities in the accused products in this case.

  c. For the avoidance of doubt, such stipulation runs with the patent, such that any transfer or purported transfer of the '512 Patent, or rights in the '512 Patent, are subject to this Joint Stipulation regarding dismissal. Carbyne covenants and agrees that any transfer or purported transfer by it of the '512 Patent shall expressly refer to and be subject to this Joint Stipulation, and also shall require any subsequent transferee or purported transferee also be subject to this Joint Stipulation.

2. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Carbyne hereby dismisses with prejudice all current induced infringement claims related to third-party password managers (such as 1Password) for U.S. Patent No. 11,475,105 ("the '105 Patent") and U.S. Patent No. 11,514,138 ("the '138 Patent) (collectively the "Remaining Authentication Patents").[1]

3. The dismissal of the '512 Patent and induced infringement claims related to third-party password managers shall not be alluded to, referenced, or used in any way at trial for the benefit or to the detriment of either Party.

The Parties respectfully request that the Court grant this motion and enter the attached Order Dismissing the '512 Patent and the current induced infringement claims related to third-party password managers for the Remaining Authentication Patents.

---

[1] For avoidance of doubt, this paragraph 2 of this Joint Stipulation is not a dismissal of Carbyne's allegations that Apple induces its customers to infringe the Remaining Authentication Patents.

Dated: October 23, 2024

| | |
|---|---|
| */s/ Joshua W. Budwin* | */s/ Andrew Radsch* |
| Joshua W. Budwin | |
| Lead Attorney | Brian C. Nash |
| Texas State Bar No. 24050347 | Regan J. Rundio |
| jbudwin@mckoolsmith.com | **MORRISON & FOERSTER LLP** |
| Charles E. Fowler, Jr. | 300 Colorado St., Suite 1800 |
| Texas State Bar No. 24083014 | Austin, TX 78701 |
| cfowler@McKoolSmith.com | Tel: (512) 617-0650 |
| George T. Fishback, Jr. | Fax: (737) 910-0730 |
| Texas State Bar No. 24120823 | Email: BNash@mofo.com |
| gfishback@McKoolSmith.com | Email: Rrundio@mofo.com |
| Caroline Burks | |
| Texas State Bar No. 24126000 | James R. Batchelder (pro hac vice) |
| cburks@McKoolSmith.com | Andrew Radsch |
| **MCKOOL SMITH, P.C.** | James Mack |
| 303 Colorado Street Suite 2100 | **ROPES & GRAY LLP** |
| Austin, TX 78701 | 1900 University Avenue |
| Telephone: (512) 692-8700 | East Palo Alto, CA 94303-2284 |
| Telecopier: (512) 692-8744 | Tel: (650) 617-4000 |
| | Fax: (650) 617-4090 |
| Richard A. Kamprath | Email: James.Batchelder@ropesgray.com |
| Texas State Bar No. 24078767 | Email: Andrew.Radsch@ropesgray.com |
| rkamprath@McKoolSmith.com | Email: James.Mack@ropesgay.com |
| Bradley Jarrett | |
| Texas State Bar No. 24128518 | Cassandra Roth (pro hac vice) |
| bjarrett@mckoolsmith.com | **ROPES & GRAY LLP** |
| **MCKOOL SMITH, P.C.** | 1211 Avenue of the Americas |
| 300 Crescent Court, Suite 1500 | New York, NY 10036-8704 |
| Dallas, TX 75201 | Tel: (212) 596-9000 |
| Telephone: (214) 978-4210 | Fax: (212) 596-9090 |
| | Email: Cassandra.Roth@ropesgray.com |
| **ATTORNEYS FOR PLAINTIFF** | |
| **CARBYNE BIOMETRICS, LLC** | Allen S. Cross (pro hac vice) |
| | Nicole Pobre (pro hac vice) |
| | ROPES & GRAY LLP |
| | 2099 Pennsylvania Avenue, N.W |
| | Washington, DC 20006 |
| | Tel: (202) 508-4600 |
| | Fax: (202) 508-4650 |
| | Email: Allen.Cross@ropesgray.com |
| | Email: Nicole.Pobre@ropesgray.com |

        S. Lara Ameri (pro hac vice)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-7050
Email: Lara.Ameri@ropesgray.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on October 23, 2024

        */s/ Joshua W. Budwin*
        Joshua W. Budwin