IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CARBYNE BIOMETRICS, LLC,**<br><br>       **Plaintiff,**<br><br>   vs.<br><br>**APPLE INC.,**<br><br>       **Defendant.** | Civil Action No. 1:23-cv-00324<br><br>**JURY TRIAL** |

# APPLE'S OPPOSED MOTION FOR PARTIAL SUMMARY JUDGMENT THAT FAILURE TO COMPLY WITH THE MARKING/NOTICE REQUIREMENTS OF 35 U.S.C. § 287 BARS PRE-SUIT DAMAGES FOR THE FRAUD PATENTS

██████████████████████████████████

## TABLE OF ABBREVIATIONS

| Term | Definition |
|---|---|
| Apple | Defendant Apple Inc. |
| Carbyne | Plaintiff Carbyne Biometrics, LLC |
| '010 | U.S. Patent No. 9,972,010 |
| '656 | U.S. Patent No. 10,713,656 |
| '886 | U.S. Patent No. 11,526,886 |
| Fraud Patents | The '010, '656, and '886 patents |

## TABLE OF EXHIBITS

| Exhibit | Document |
|---|---|
| Ex. A | Letter dated March 8, 2024 from Pobre to Burks re Notice of Failure to Mark |
| Ex. B | Excerpt from the ▮▮▮▮▮ Agreement between RightQuestion, LLC & ▮▮▮▮▮ Co., Ltd dated ▮▮▮ 2022 *(Filed Under Seal)* |
| Ex. C | Excerpt from Plaintiff's Fourth Supplemental Objections and Responses to Defendant's First Set of Interrogatories Nos. 1-16 *(Filed Under Seal)* |
| Ex. D | Affidavit of Service re Summons dated April 3, 2023, Court Docket No. [8] |

Apple respectfully moves for partial summary judgment limiting pre-suit damages for the Fraud Patents. A plaintiff is not entitled to pre-suit damages unless it and its licensees complied with 35 U.S.C. § 287's marking/notice requirements. *Arctic Cat Inc. v. Bombardier Rec. Prods. Inc.*, 876 F.3d 1350, 1368 (Fed. Cir. 2017). Carbyne has not established compliance with § 287.

On ▮▮▮▮ 2022, Carbyne's predecessor and then-owner of the Fraud Patents, RightQuestion LLC, granted ▮▮▮▮ a license under the Fraud Patents. ▮▮▮▮

▮▮▮▮ thereafter sold licensed products, and there is no evidence such products were marked.

A party asserting a marking defense "bears an initial burden [to] put the patentee on notice" of "what market products [the alleged infringer] believes required marking." *Arctic Cat*, 876 F.3d at 1368. Apple did this by serving Carbyne with a letter identifying numerous such products. Ex. A. At that point, "the patentee bears the burden to prove the products identified do not practice the patented invention." *Arctic Cat*, 876 F.3d at 1368. Carbyne cannot meet its burden here: it proffered no expert testimony that the products do not practice any claims of the Fraud Patents, and its interrogatory response is devoid of any allegation, let alone detail or evidence, that licensed ▮▮▮▮ products do not practice any claim of the Fraud patents. Ex. C at 25-26; *Lubby Holdings LLC v. Chung*, 11 F.4th 1355, 1360 (Fed. Cir. 2021) (limiting damages where patentee "presented no evidence that the identified product did not practice the patent"). Because Carbyne cannot meet its burden under *Arctic Cat* to show that it is entitled to damages between ▮▮▮▮ 2022 and April 3, 2023 (Ex. D) for the Fraud Patents, summary judgment is warranted.

1

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: October 30, 2024 | /s/ Andrew Radsch |
|  | Brian C. Nash |
|  | Regan J. Rundio |
|  | **MORRISON & FOERSTER LLP** |
|  | 300 Colorado St., Suite 1800 |
|  | Austin, TX 78701 |
|  | Tel: (512) 617-0650 |
|  | Fax: (737) 910-0730 |
|  | Email: BNash@mofo.com |
|  | Email: Rrundio@mofo.com |
|  |  |
|  | James R. Batchelder (*pro hac vice*) |
|  | Andrew Radsch |
|  | James Mack |
|  | **ROPES & GRAY LLP** |
|  | 1900 University Avenue |
|  | East Palo Alto, CA 94303-2284 |
|  | Tel: (650) 617-4000 |
|  | Fax: (650) 617-4090 |
|  | Email: James.Batchelder@ropesgray.com |
|  | Email: Andrew.Radsch@ropesgray.com |
|  | Email: James.Mack@ropesgay.com |
|  |  |
|  | Cassandra Roth (*pro hac vice*) |
|  | **ROPES & GRAY LLP** |
|  | 1211 Avenue of the Americas |
|  | New York, NY 10036-8704 |
|  | Tel: (212) 596-9000 |
|  | Fax: (212) 596-9090 |
|  | Email: Cassandra.Roth@ropesgray.com |
|  |  |
|  | Allen S. Cross (*pro hac vice*) |
|  | Nicole Pobre (*pro hac vice*) |
|  | **ROPES & GRAY LLP** |
|  | 2099 Pennsylvania Avenue, N.W |
|  | Washington, DC 20006 |
|  | Tel: (202) 508-4600 |
|  | Fax: (202) 508-4650 |
|  | Email: Allen.Cross@ropesgray.com |
|  | Email: Nicole.Pobre@ropesgray.com |
|  |  |
|  | S. Lara Ameri (*pro hac vice*) |
|  | **ROPES & GRAY LLP** |
|  | Prudential Tower |

800 Boylston Street
Boston, Massachusetts 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-7050
Email: Lara.Ameri@ropesgray.com

Jeffrey T. Quilici
TX State Bar No. 24083696
ORRICK, HERRINGTON &
SUTCLIFFE LLP
200 W. 6th Street, Suite 2250
Austin, TX 78701
Tel: (512) 582-6950
Fax: (512) 582-6949
Email: jquilici@orrick.com

***Attorneys for Defendant Apple Inc.***

## CERTIFICATE OF CONFERENCE

The parties met and conferred on this motion on October 28, 2024 but were unable to resolve their dispute.

/s/ Cassandra Roth
Cassandra Roth

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via electronic mail on October 30, 2024.

/s/ Andrew Radsch
Andrew Radsch

3